220

BEFORE THE FIRST DIVISION, JULY 17, 1943

BEFORE THE FIRST DIVISION, JULY 17, 1943

**No. 48563.**—Protest 554532–G of Winograd Bros., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the dogkins in question are the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389) the claim for free entry was sustained.

**No. 48564.**—Protests 725733–G, etc., of Brenner Bros. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the dogskins in question are the same in all material respects as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389) the claim for free entry was sustained.

**No. 48565.**—Protests 68834–K, etc., of K. Taniguchi et al. (Honolulu, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48566.**—Protests 37433–K, etc., of California Brush Co. et al. (San Francisco, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 17, 1943

**No. 48567.**—Protests 958179–G, etc., of American Import Co. (Los Angeles).

Opinion by KINCHELOE, J. A sample tapestry 19 by 39 inches was received in evidence as representative of the weave of all of the merchandise, the only difference being in color and design. The testimony of the only witness, a representative of the plaintiff company, was found to be very meager. He stated, however, that the tapestries are used for wall decorations or wall hangings in homes, never as rugs, and that while he has seen them used on end tables and foyer tables, they are principally used on walls. The testimony was held insufficient to support the claims made. On the authority of *Rogers* v. *United States* (T. D. 46174), affirmed in 21 C. C. P. A. 560, T. D. 46989, *Weil* v. *United States* (T. D. 46120), and *Bing* v. *United States* (3 Ct. Cust. Appls. 115, T. D. 32365) the protests were overruled. *Noble* v. *United States* (T. D. 48650) noted.